UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IN RE: KAMAL KARNA ROY,

                      Respondent.

1:15-AF-0002
(GLS)

---

**ORDER**

On March 31, 2015, respondent Kamal Karna Roy was permanently enjoined from filing as a pro se litigant "any document or pleading of any kind" in this District without permission from the Chief Judge. Dkt. No. 1 (Anti-Filing Injunction Order ("AFIO")).

Notwithstanding that Order, on July 27, 2015 Roy submitted a complaint (Dkt. No. 3) seeking judicial relief,[1] without first requesting leave and making the showing required by the AFIO.

**WHEREFORE**, it is hereby

**ORDERED** that the Clerk shall open a new civil action with the filing date of July 27, 2015 and file Roy's complaint (Dkt. No. 3) as the initial docket entry in that action; and it is further

**ORDERED** that the July 27, 2015 complaint is hereby **DISMISSED** due to Roy's failure to comply with the AFIO; the Clerk shall file a copy of this Order in that new civil action and close the case; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the AFIO on Roy by

---

[1] As with many of Roy's submissions to the Court, the document is largely illegible and substantially unintelligible. In light of Roy's pro se status, and because Roy does not have any open cases pending in this District, the Court has liberally construed Roy's submission as a complaint. To the extent that the complaint could be liberally construed to be an application for leave to commence a new civil action, the application is denied for failure to comply with the requirements of the AFIO.

regular mail, and shall also send Roy a copy of the docket sheet for the new civil action referencing the filings and indicating that the case is closed.

**IT IS SO ORDERED.**

August 7, 2015
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court